# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00678-STV

COLORADO SEMINARY, a Colorado non-profit corporation, which owns and operates THE UNIVERSITY OF DENVER,

    Plaintiff,

v.

HISCOX INSURANCE COMPANY, INC.,

    Defendant.

___

## ORDER OF RECUSAL
___

Magistrate Judge Scott T. Varholak

    28 U.S.C. § 455(a) requires that a judge disqualify himself in any proceeding in which his impartiality might be reasonably questioned. The provision is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276-77 (10th Cir. 2000). Simply put, "[w]hat matters is not the reality of bias or prejudice but its appearance." *Liteky v. United States*, 510 U.S. 540, 548 (1994).

    Upon review of the file of this case, I conclude that I must recuse myself from further service in this case. My wife is a partner at Sherman & Howard, LLC, and an attorney from that firm is representing Plaintiff in this matter. **IT IS ORDERED** that:

    (1)    I recuse myself from further service in this matter; and

    (2)    The Clerk of Court shall cause this case to be reassigned to another Judicial Officer.

DATED: March 23, 2020        BY THE COURT:

                                                          s/Scott T. Varholak
                                                           United States Magistrate Judge